473 A.2d 656

Commonwealth v. Green, Appellant.

Submitted October 7, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Judgment of sentence affirmed.

473 A.2d 657

Commonwealth v. Hall, Appellant.

Submitted October 7, 1983. David Zwanetz, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Order affirmed.